## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Patricia A. Haberman                                          CHAPTER 13

                        Debtor

                                                          BKY. NO. 16-22816 CMB


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

Re: Loan # Ending In: 3972


          Respectfully submitted,

          **/s/ Joshua I. Goldman, Esquire**
          Joshua I. Goldman, Esquire
          jgoldman@kmllawgroup.com
          Attorney I.D. No. 205047
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          Phone: 215-825-6306
          Fax: 215-825-6406
          Attorney for Movant/Applicant