IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Patricia A. Haberman, | ) | Case No. 16-22816 |
| *Debtor(s)* | ) | Chapter 13 |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through her attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Patricia A. Haberman, had a mailing address of PO Box 101044, Pittsburgh, PA 15237.

2. The debtor has since closed the post office box and her new mailing address is 5538 Lantern Hill Drive Ext., Pittsburgh, PA, 15236.

WHEREFORE, the debtor, Patricia A. Haberman, respectfully files this Notice of Change of Address.

Respectfully submitted,

December 20, 2016
DATE

/s/Kenneth Steidl_____
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA ID #34965