IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re.:<br>PATRICIA A. HABERMAN,<br>     Debtor. | Bankruptcy Case No.: 16-22816-CMB<br>Chapter 13 |
| OMEGA FEDERAL CREDIT UNION,<br>     Movant, | Doc. No.:<br>Related to Doc. No.: |
| -vs- | Hearing Date:  March 22, 2017<br>Hearing Time:  10:00 AM |
| PATRICIA A. HABERMAN, RONDA J. WINNECOUR, Chapter 13 Trustee,<br>     Respondents. | Response Date: February 23, 2017 |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF OMEGA FEDERAL CREDIT UNION
FOR LEAVE OF COURT TO FILE PROOF OF CLAIM**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than February 23, 2017 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on March 22, 2017 at 10:00 AM before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated: February 6, 2017

Respectfully submitted:
BERNSTEIN-BURKLEY, P.C.
By:   /s/ Daniel R. Schimizzi
Daniel R. Schimizzi, Esq.
PA I.D.: 311869
dschimizzi@bernsteinlaw.com
Kirk B. Burkley, Esq.
PA I.D.: 89511
kburkley@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone:    (412) 456 – 8121
Fax:  (412) 456 – 8135