# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** PATRICIA A. HABERMAN
- **Case Number:** 16-22816-CMB   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 23, 2017  10:30 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
2/24/17 10:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#5 - Final Confirmation of Plan Dated 7/28/2016 - NFC
R / M #: 5 / 0

**Appearances:**

- Debtor: A. Steidl
- Trustee: Winnecour / Bedford / Pail / Katz
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 4/27/17 at 11:30 am
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Asked for 401K loan payoff date(s) & Balance & asked for confirmation of Annual real estate tax bills of ($7200)

2/15/2017   3:25:39PM