IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re.:<br>PATRICIA A. HABERMAN,<br>    Debtor. | Bankruptcy Case No.: 16-22816-CMB<br>Chapter 13 |
| OMEGA FEDERAL CREDIT UNION,<br>    Movant, | Doc. No.:<br>Related to Doc. No.: 26 |
| -vs- | Hearing Date:  March 22, 2017<br>Hearing Time:  10:00 AM |
| PATRICIA A. HABERMAN, RONDA J. WINNECOUR, Chapter 13 Trustee,<br>    Respondents. | Response Date: February 23, 2017 |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR LEAVE OF COURT TO FILE PROOF OF CLAIM (Doc. No. 26)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Leave of Court to File Proof of Claim filed on February 6, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Leave of Court to File Proof of Claim appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Leave of Court to File Proof of Claim were to be filed and served no later than February 23, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Leave of Court to File Proof of Claim be entered by the Court.

Dated:  February 24, 2017

                                      Respectfully submitted,

                                      BERNSTEIN-BURKLEY, P.C.

                                      By: /s/ Daniel R. Schimizzi
                                      Daniel R. Schimizzi, Esq.
                                      PA I.D. #311869
                                      dschimizzi@bernsteinlaw.com
                                      707 Grant Street
                                      Suite 2200, Gulf Tower
                                      Pittsburgh, PA 15219
                                      Phone: (412) 456-8121
                                      Fax: (412) 456-8135

                                      Counsel for Omega Federal Credit Union