IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re.:<br>PATRICIA A. HABERMAN,<br>    Debtor. | Bankruptcy Case No.: 16-22816-CMB<br>Chapter 13 |
|---|---|
| OMEGA FEDERAL CREDIT UNION,<br>    Movant, | Doc. No.:<br>Related to Doc. No.:  25 |
| -vs- | Hearing Date:  March 22, 2017<br>Hearing Time:  10:00 AM |
| PATRICIA A. HABERMAN, RONDA J.<br>WINNECOUR, Chapter 13 Trustee,<br>    Respondents. | Response Date: February 23, 2017<br>**ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this <u>  3rd  </u> day of <u>        March        </u>, 2017 upon consideration of the foregoing *Motion for Leave of Court to File Proof of Claim* ("<u>Motion</u>"), together with any responses thereto, it is hereby:

ORDERED AND DECREED that Movant, Omega Federal Credit Union is granted leave of court to file its proof of claim in the above-captioned bankruptcy case.

        BY THE COURT:

        *Carlota M. Böhm*      **kmt**
        Carlota M. Böhm
        United States Bankruptcy Judge

                FILED
                3/3/17 9:52 am
                CLERK
                U.S. BANKRUPTCY
                COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Patricia A. Haberman
       Debtor

Case No. 16-22816-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: Mar 03, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.
db          +Patricia A. Haberman,   5538 Lantern Hill Drive Ext.,   Pittsburgh, PA 15236-1685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:
       Daniel R. Schimizzi    on behalf of Creditor    Omega Federal Credit Union
        dschimizzi@bernsteinlaw.com,
        cwirick@bernsteinlaw.com;pghecf@bernsteinlaw.com;dschimizzi@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
       James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
       Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
       Kenneth Steidl    on behalf of Debtor Patricia A. Haberman julie.steidl@steidl-steinberg.com,
        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
       Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com,
        rpoorman@lenderlaw.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 7