**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PATRICIA A. HABERMAN

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:16-22816

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/29/2016 and confirmed on 09/16/2016 . The case was subsequently     (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,804.00 |
| Less Refunds to Debtor | 1,680.22 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,123.78 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 799.81 | |
| Trustee Fee | 687.48 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,487.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 4,959.06 | 0.00 | 4,959.06 |
| Acct: 3972 | | | | |
| FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6058 | | | | |
| FIRST COMMONWEALTH BANK | 53,787.53 | 6,431.01 | 1,246.42 | 7,677.43 |
| Acct: 6058 | | | | |
| | | | | 12,636.49 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATRICIA A. HABERMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 799.81 | 0.00 | 0.00 |
| Acct: | | | | |
| PATRICIA A. HABERMAN | 1,680.22 | 1,680.22 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| 16-22816 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|     MIDLAND FUNDING LLC | 1,745.23 | 0.00 | 0.00 | 0.00 |
|       Acct: 3826 | | | | |
|     AVANT INC | 11,414.37 | 0.00 | 0.00 | 0.00 |
|       Acct: 4960 | | | | |
|     BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 7508 | | | | |
|     CIRCLE BACK LENDING | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     CAPITAL ONE NA** | 372.13 | 0.00 | 0.00 | 0.00 |
|       Acct: 0934 | | | | |
|     LENDING CLUB CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     TD BANK USA NA** | 589.15 | 0.00 | 0.00 | 0.00 |
|       Acct: 4797 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 21,742.11 | 0.00 | 0.00 | 0.00 |
|       Acct: 0823 | | | | |
|     KIRSTEN S PENN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     OMEGA FEDERAL CREDIT UNION | 35,961.58 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 23,822.36 | 0.00 | 0.00 | 0.00 |
|       Acct: 3305 | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                   12,636.49

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 53,787.53 |
| UNSECURED | 95.646.93 |

Date: 05/30/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com