IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 16-22816 CMB |
| Patricia A. Haberman, ) | Chapter 7 |
| *Debtor* ) | Related to Docket No. 40 |
| ) | |
| Patricia A. Haberman, ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| *No Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 30, 2017, a true and correct copy of the *Order of Court dated May 23, 2017* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.

Date of Service:    May 30, 2017        /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com

```
Label Matrix for local noticing        Omega Federal Credit Union           Amazon.com
0315-2                                  c/o Bernstein-Burkley, P.C.          c/o Synchrony Bank
Case 16-22816-CMB                       707 Grant Street                     PO Box 960013
WESTERN DISTRICT OF PENNSYLVANIA        Suite 2200, Gulf Tower               Orlando, FL 32896-0013
Pittsburgh                              Pittsburgh, PA 15219-1908
Tue May 30 13:46:02 EDT 2017

Avant                                   (p)BANK OF AMERICA                   Capital One NA
222 N. LaSalle St., Suite 1700          PO BOX 982238                        c/o Becket and Lee LLP
Chicago, IL 60601-1101                  EL PASO TX 79998-2238                PO Box 3001
                                                                             Malvern PA 19355-0701

Circle Back Lending                     Rosemary C. Crawford                 First Commonwealth Bank
777 Yamato Road                         Crawford McDonald, LLC.              c/o McGrath McCall, P.C.
Suite 400                               P.O. Box 355                         Three Gateway Center, Suite 1375
Boca Raton, FL 33431-4498               Allison Park, PA 15101-0355          401 Liberty Avenue
                                                                             Pittsburgh, PA 15222-1004

(p)FIRST COMMONWEALTH BANK              Joshua I. Goldman                    Patricia A. Haberman
PO BOX 400                              KML Law Group, P.C.                  5538 Lantern Hill Drive Ext.
INDIANA PA 15701-0400                   701 Market Street                    Pittsburgh, PA 15236-1685
                                        Suite 5000
                                        Philadelphia, PA 19106-1541

Kohl's Credit                           LVNV Funding, LLC its successors and assigns   LVNV Funding, LLC its successors and assigns
PO Box 3043                             assignee of LC Trust I                         assignee of Marketplace Investing
Milwaukee, WI 53201-3043                Resurgent Capital Services                     Aggregation Trust
                                        PO Box 10587                                   Resurgent Capital Services
                                        Greenville, SC 29603-0587                      PO Box 10587
                                                                                       Greenville, SC 29603-0587

Lending Club                            Midland Funding LLC                  Office of the United States Trustee
71 Stevenson Street, Suite 300          PO Box 2011                          Liberty Center.
San Francisco, CA 94105-2985            Warren, MI 48090-2011                1001 Liberty Avenue, Suite 970
                                                                             Pittsburgh, PA 15222-3721

Omega Federal Credi Union               PNC Bank                             PNC Mortgage
PO Box 15038                            2730 Liberty Avenue                  3232 Newmark Drive
Pittsburgh, PA 15237-0038               Pittsburgh, PA 15222-4747            Miamisburg, OH 45342-5433

Kirsten S. Penn                         Pennsylvania Dept. of Revenue        Daniel R. Schimizzi
McGrath McCall, P.C.                    Department 280946                    Bernstein-Burkley, P.C.
Four Gateway Center, Suite 1040         P.O. Box 280946                      707 Grant Street
444 Liberty Avenue                      ATTN: BANKRUPTCY DIVISION            Suite 2200
Pittsburgh, PA 15222-1220               Harrisburg, PA 17128-0946            Pittsburgh, PA 15219-1945

Kenneth Steidl                          TD Bank USA, N.A.                    Target
Steidl & Steinberg                      C O WEINSTEIN & RILEY, PS            PO Box 660170
Suite 2830 Gulf Tower                   2001 WESTERN AVENUE, STE 400         Dallas, TX 75266-0170
707 Grant Street                        SEATTLE, WA 98121-3132
Pittsburgh, PA 15219-1908

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank of America
PO Box 15019
Wilmington, DE 19886-5019

First Commonwealth Bank
P. O. Box 400
Indiana, PA 15701-0400



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)First Commonwealth Bank
c/o McGrath McCall, P.C.
Three Gateway Center, Suite 1375
401 Liberty Avenue
Pittsburgh, PA 15222-1004

(d)Omega Federal Credit Union
c/o Bernstein-Burkley, P.C.
707 Grant St. Ste. 2200 Gulf Tower
Pittsburgh, PA 15219-1945

(u)PNC BANK, NATIONAL ASSOCIATION


End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30