**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Patricia A. Haberman** | Social Security number or ITIN  **xxx–xx–3749** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–22816–CMB**

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patricia A. Haberman

10/25/17                                                                       **By the court:**   Carlota M. Bohm
                                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                      Case No. 16-22816-CMB
Patricia A. Haberman                                                        Chapter 7
             Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin                    Page 1 of 2                Date Rcvd: Oct 25, 2017
                              Form ID: 318                  Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db              Patricia A. Haberman,    5538 Lantern Hill Drive Ext.,    Pittsburgh, PA    15236
14267195       +Omega Federal Credi Union,    PO Box 15038,    Pittsburgh, PA 15237-0038
14267196       +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14311934       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14672801        TD Bank, USA,   by American InfoSource LP as agent,    PO Box 248866,
                 Oklahoma City, OK   73124-8866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BRCCRAWFORD.COM Oct 26 2017 00:58:00     Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,   Allison Park, PA 15101-0355
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2017 00:56:17      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14267188        EDI: RMSC.COM Oct 26 2017 00:58:00      Amazon.com,    c/o Synchrony Bank,   PO Box 960013,
                 Orlando, FL 32896-0013
14267189       +E-mail/Text: bk@avant.com Oct 26 2017 00:57:01      Avant,   222 N. LaSalle St., Suite 1700,
                 Chicago, IL 60601-1101
14267190        EDI: BANKAMER.COM Oct 26 2017 00:58:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
14310210        EDI: BL-BECKET.COM Oct 26 2017 00:58:00      Capital One NA,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
14267191       +E-mail/Text: rwatters@pfsc.com Oct 26 2017 00:57:09      Circle Back Lending,   777 Yamato Road,
                 Suite 400,   Boca Raton, FL 33431-4498
14267192        E-mail/Text: bankruptcynotice@fcbanking.com Oct 26 2017 00:56:01      First Commonwealth Bank,
                 P. O. Box 400,   Indiana, PA 15701-0400
14267193        EDI: CBSKOHLS.COM Oct 26 2017 00:58:00      Kohl's Credit,    PO Box 3043,
                 Milwaukee, WI 53201-3043
14330452        EDI: RESURGENT.COM Oct 26 2017 00:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of LC Trust I,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14332462        EDI: RESURGENT.COM Oct 26 2017 00:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Marketplace Investing,    Aggregation Trust,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
14267194       +E-mail/Text: bk@lendingclub.com Oct 26 2017 00:56:58      Lending Club,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
14309127       +EDI: MID8.COM Oct 26 2017 00:58:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14380229       +E-mail/Text: kburkley@bernsteinlaw.com Oct 26 2017 00:57:08      Omega Federal Credit Union,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St. Ste. 2200 Gulf Tower,   Pittsburgh, PA 15219-1945
14333238       +E-mail/Text: bncmail@w-legal.com Oct 26 2017 00:56:43      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14267197        EDI: WTRRNBANK.COM Oct 26 2017 00:58:00      Target,   PO Box 660170,   Dallas, TX 75266-0170
                                                                                              TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
cr*            +First Commonwealth Bank,    c/o McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,   Pittsburgh, PA 15222-1004
cr*            +Omega Federal Credit Union,    c/o Bernstein-Burkley, P.C.,   707 Grant Street,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1908
14270158      ##+First Commonwealth Bank,    c/o McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,   Pittsburgh, PA 15222-1004
                                                                                            TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: lfin              Page 2 of 2              Date Rcvd: Oct 25, 2017
                                  Form ID: 318            Total Noticed: 21
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              Daniel R. Schimizzi    on behalf of Creditor    Omega Federal Credit Union
               dschimizzi@bernsteinlaw.com,
               cwirick@bernsteinlaw.com;pghecf@bernsteinlaw.com;dschimizzi@ecf.courtdrive.com;cwirick@ecf.courtd
               rive.com
              James  Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor Patricia A. Haberman julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;r53037@no
              Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                                 TOTAL: 7
```